# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

June 20, 2020

Michael K. Bachrach is appointed pursuant to the CJA for the limited purpose of defendant's pro se sentence reduction motion.
SO ORDERED.
Dated:  6/22/2020

By ECF
Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY  10007

P. Kevin Castel
United States District Judge

Re:     **United States v. Kasine Deleston**
        **15 Cr. 113 (PKC)**

Dear Judge Castel:

I was assigned as CJA trial counsel in this matter. On June 19, 2020, the Court reassigned me as counsel in response to a compassionate release application by Mr. Deleston pursuant to 18 U.S.C. 3582(c)(1)(A). (See Doc.#63). I thank the Court for considering Mr. Deleston's application and for assigning me as counsel. However, given Mr. Deleston's post-conviction claims of ineffective assistance of counsel in this case, and a specific request by the defendant that I *not* handle his appeal, I respectfully submit that I may not be the most appropriate attorney for the job. (See Doc.#58, 17-cv-3482). Accordingly, I respectfully request that the Court assign new CJA counsel to pursue Mr. Deleston's application forthwith.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:     AUSA Andrew Beaty