UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        15-cr-113 (PKC)

      -against-                                      ORDER

KASINE DELESTON,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Reply due July 17, 2020. Assuming that Mr. Deleston wishes to waive his appearance, a telephonic hearing will be held on July 24, 2020 at 2 p.m. The call-in information is as follows:

        Dial-in number: (888) 363-4749

        Access Code: 3667981#

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         July 7, 2020