UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          15-cr-113 (PKC)

        -against-                                              ORDER

KASINE DELESTON,

                            Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to Defendant's letter motion of February 18, 2021 by March 5, 2021. Defendant may reply by March 19, 2021.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           February 18, 2021